JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO RAMIREZ,<br><br>           Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>           Defendants. | Case No. EDCV 12-00472 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: April 30, 2012

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge