JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO RAMIREZ,<br><br>        Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>        Defendants. | Case No. EDCV 12-00472 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 30, 2012

                                VIRGINIA A. PHILLIPS
                           United States District Judge